38 So.2d 206

**Eliza STANLEY v. STATE.**

6 Div. 682.

Court of Appeals of Alabama.
Dec. 14, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

41 So.2d 925

**STATE v. James Douglas DRAKE.**

6 Div. 856.

Court of Appeals of Alabama.
June 2, 1949.

PER CURIAM.
Appeal dismissed, motion of appellant.

41 So.2d 925

**STATE v. Virginia GREENBERG.**

6 Div. 886.

Court of Appeals of Alabama.
July 19, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed, motion of the State.

41 So.2d 926

**STATE v. Sam HART.**

7 Div. 982.

Court of Appeals of Alabama.
Jan. 21, 1949.

Irby A. Keener, of Centre, for appellant.
Hugh Reed, Jr., of Centre, for appellee.

CARR, Judge.
Appeal dismissed.

38 So.2d 206

**Floyd STEWART v. STATE.**

6 Div. 669.

Court of Appeals of Alabama.
Dec. 7, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

39 So.2d 61

**Thurman STRICKLAND v. STATE.**

8 Div. 715.

Court of Appeals of Alabama.
Jan. 25, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.